SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-03346-JAM-GGH** |
| Plaintiff; | **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | |
| Jaswinder Kaur, et al, | |
| Defendants. | |

IT IS SO ORDERED that the above-entitled action is dismissed with prejudice as to Defendants Jaswinder Kaur, Dalbir Kaur Lally, Manjit Singh Singh Lally and in its entirety and is hereby deemed closed.

Date:  4/27/2012

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-3346-JAM-GGH- 1

PDF created with pdfFactory trial version www.pdffactory.com